IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BESTY FEIST,   No. C 12-80140 JSW

    Plaintiff,   **ORDER OF REFERRAL**

v.

RCN CORP AND PAXFIRE, INC.,

    Defendants.
_____/

    Pursuant to Northern District Civil Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of resolving the Motion to Quash Subpoenas and all further discovery disputes in this matter. The Court notes that a potentially related matter has already been assigned to Magistrate Judge Laporte. *See Fest v. RCN and Paxfire, Inc.*, 12-80121-MISC.

    This Order does not alter the briefing schedule triggered by the filing of the motion. If the parties have not received an assignment within fourteen (14) days of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173. The movants are HEREBY ORDERED to serve a copy of this Order on all interested parties.

    **IT IS SO ORDERED.**

Dated: June 18, 2012

                                                 JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

cc:    Magistrate Referral Clerk