United States District Court
Northern District of California

BETSY FEIST, individually and on behalf of all others similarly situated,

        Plaintiff,

  v.

RCN CORP. AND PAXFIRE, INC.,

        Defendants.

Case No.: CV 12-80140 JSW (KAW)

ORDER TO EXTEND BREIFING SCHEDULE

On June 26, 2012, non-parties International Computer Science Institute and Christian Kreibich ("ICSI and Kreibich"), together with Defendant Paxfire, Inc. ("Defendant"), filed a stipulation and proposed order to extend the briefing schedule on ICSI and Kreibich's Motion to Quash Subpoenas and Request for Protective Order. See Docket No. 17. In light of this stipulation, Defendant may file its opposition to ICSI and Kreibich's Motion by July 2, 2012. ICSI and Kreibich may file their reply by July 11, 2012.

However, in order to give the parties' moving papers sufficient consideration, the Court hereby VACATES the July 19, 2012 hearing. The motion will now be heard on August 2, 2012 at 11:00 a.m., in Courtroom 4, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

    IT IS SO ORDERED.

Dated: June 27, 2012

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge