IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY FEIST,<br><br>     Plaintiff,<br><br>  v.<br><br>RCN CORP., and PAXFIRE, INC.,<br><br>     Defendants. | No. 12-mc-80119 SI (NC)<br><br>**ORDER RELATING CASES** |

Pursuant to Northern District Civil Local Rule 3-12(c), the undersigned finds that the following cases are related to the instant case: Misc. Case No. 12-80121 JSW (EDL); Misc. Case No. 12-80135 RS (DMR); and Misc. Case No. 12-80140 JSW (KAW). All four miscellaneous cases shall be related and reassigned to the undersigned.

Pursuant to Northern District Civil Local Rule 72-1, as with Misc. Case No. 12-80019, the newly reassigned cases are HEREBY REFERRED to Magistrate Judge Cousins for purposes of resolving the Motions to Quash Subpoenas and all further discovery disputes in this matter.

**IT IS SO ORDERED.**

Dated: July 2, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE