RECEIVED
2012 JUL -2 P 2: 20

RECEIVED
JUN 29 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETSY FEIST, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

RCN CORPORATION AND PAXFIRE, INC.,

    Defendant.

CASE NO. C12-80140 JSW-KAW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Andrew Grosso, whose business address and telephone number is Andrew Grosso & Associates, Georgetown Place, 1101 Thirtieth St., NW, Suite 300, Washington, D.C. 20007, (202) 298-6500, Agrosso@acm.org.

District Court for the District of Columbia

and who is an active member in good standing of the bar of see line above having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant Paxfire, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/20/12

_____
United States District Judge