DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

ANDREW GROSSO, Esq., *pro hac vice*
Agrosso@acm.org
ANDREW GROSSO & ASSOCIATES
Georgetown Place
1101 Thirtieth St., NW, Suite 300
Washington, D.C. 20007
Telephone: (202) 298-6500
Facsimile: (202) 298-5599

Attorneys for Defendant
PAXFIRE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETSY FEIST,<br><br>Plaintiff,<br><br>vs.<br><br>RCN CORPORATION and PAXFIRE, INC.,<br><br>Defendants. | Misc. Case No. CV12-80140 SI (NC)<br><br>Underlying action pending in the United States District Court for the Southern District of New York, Case No. 11 CV 5436 JGK<br>Related cases:<br>    3:12-cv-80119 SI (NC)<br>    3:12-cv-80121 SI (NC)<br>    3:12-cv-80135 SI (NC)<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER RE CONTINUING HEARING DATE ON EFF MOTION FOR DE NOVO DETERMINATION**<br><br>Date:  October 23, 2012<br>Time:  10:00 a.m.<br>Hon. Judge Susan Illston<br>Courtroom 10, 19th Floor |

---

STIPULATION AND [PROPOSED] ORDER RE CONTINUING
HEARING ON EFF MOTION FOR DE NOVO DETERMINATION               Misc. Case No. CV12-80140 SI (NC)

1   Non-Parties Electronic Frontier Foundation and Peter Eckersley ("EFF"), together with
2   Defendant Paxfire, Inc. ("Defendant" or "Paxfire"), by and through their undersigned counsel,
3   hereby stipulate as follows:
4   WHEREAS on August 27, 2012, EFF noticed a Motion for De Novo Determination of
5   Dispositive Matter Referred to Magistrate Judge re [35] Order on Motion to Quash ("Motion").
6   D.I. 37;
7   WHEREAS Defendant Paxfire's Opposition to EFF's Motion was electronically filed
8   (Dkt. No. 40) on September 12, 2012;
9   WHEREAS EFF's Reply to the Motion was electronically filed on September 21, 2012
10  (Dkt. No. 43);
11  WHEREAS the hearing on EFF 's Motion was reset by Clerk's Notice from October 19,
12  2012 to October 23, 2012 (Dkt. No. 32 in the CV12-80119 action);
13  WHEREAS counsel for Paxfire is not available to attend the hearing on October 23, 2012;
14  WHEREAS the Parties stipulate to moving the hearing on EFF's Motion for De Novo
15  Determination of Dispositive Matter Referred to Magistrate Judge re [35] Order on Motion to
16  Quash from October 23, 2012 to November 6, 2012 at 9:00 AM.
17  WHEREAS this Stipulation does not affect any case management deadlines.
18
19  SO STIPULATED AND AGREED
20
21  Dated:  October 12, 2012                    BERGESON, LLP
22
23                                              _____/s/_____
                                                Jaideep Venkatesan
24
                                                Attorneys for Defendant
25                                              PAXFIRE, INC.
26  In accordance with Civil Local Rule 5-1(i)(3), the above signatory attests that concurrence
27  in the signing of this document has been obtained from the signatory below.
28

- 1 -

STIPULATION AND [PROPOSED] ORDER RE CONTINUING
HEARING ON EFF MOTION FOR DE NOVO DETERMINATION                 Misc. CV12-80140 SI (NC)

Dated: October 12, 2012

SHEPPARD MULLIN RICHTER & HAMPTON, LLP

    /s/   Tenaya M Rodewald
    Tenaya M Rodewald, Esq.
    James M. Chadwick, Esq.

Attorneys for Non-Parties
ELECTRONIC FRONTIER FOUNDATION and PETER ECKERSLEY

**IT IS SO ORDERED**.

Dated: _____ 10/16 __, 2012

    _____
    The Honorable Susan Illston
    United States District Judge
    Northern District of California